VERNA WEFALD (State Bar No. 127104)
65 North Raymond Ave. # 320
Pasadena, California 91103
Tel: 626-577-2658
Email: verna@vernawefald.com

Attorney for Appellant John Brinson

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) U.S.C.A. No. 22-50093 |
| Plaintiff-Appellee, | ) |
| | ) U.S.D.C. No. CR-17-404-AB |
| | ) |
| JOHN BRINSON, | ) |
| | ) |
| Defendant-Appellant. | ) |
| | ) |

**UNOPPOSED REQUEST TO FILE
APPELLANT'S OPENING BRIEF INSTANTER**

Appellant John Brinson, by counsel Verna Wefald, respectfully requests permission to file the Appellant's Opening Brief instanter. The brief was due Friday, January 13, 2023. Counsel was unable to file the brief on time because of some unexpected construction in my office on January 11 and 12, 2023. I was unable to work on it at home.

1

Assistant U.S. Attorney Devon Myers, counsel for the government, has informed me that she has no objection to filing the brief out of time.

WHEREFORE, the request to file the Appellant's Opening Brief instanter should be granted.

Date: January 16, 2023	Respectfully submitted,

/s/ verna wefald

VERNA WEFALD

Attorney for Appellant

## DECLARATION OF VERNA WEFALD

I, Verna Wefald, hereby declare as follows:

I am appointed counsel for appellant John Brinson. The facts stated in this request to file the Appellant's Opening Brief instanter which are not otherwise based on the files and records of the case are true of my own personal knowledge.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of January 2023, at Pasadena, California.

/s/ verna wefald
_____
VERNA WEFALD, Declarant