|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | FEB 7 2023 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 22-50093 |
| Plaintiff-Appellee, | D.C. No. 2:17-cr-00404-AB-2<br>Central District of California,<br>Los Angeles |
| v. | |
| JOHN RICHARD BRINSON, Jr., AKA Boyanal, AKA Devinelover, AKA Iamking, AKA King, | ORDER |
| Defendant-Appellant. | |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Appellant's unopposed motion (Docket Entry No. 16) to file a late opening brief is granted.

Appellant's motion (Docket Entry No. 12) to file under seal the motion to seal, the opening brief, and Volumes 1 and 3 of the excerpts of record, is granted. *See* 9th Cir. R. 27-13.

The Clerk will publicly file Volume 2 of the excerpts of record (Docket Entry No. 17). The Clerk will file under seal the motion to seal and certificate of service (Docket Entry Nos. 12-1 and 12-5), the opening brief (Docket Entry No. 12-2) and Volumes 1 and 3 of the excerpts of record (Docket Entry Nos. 12-3 and 12-4).

The existing briefing schedule remains in effect.