UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 14. Motion for Extension of Time

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form14instructions.pdf

**9th Cir. Case Number(s)** 22-50093

**Case Name** United States v. Brinson

**Requesting Party Name(s)** United States

**I am:**   ○ The party requesting the extension.
 ● Counsel for the party or parties requesting the extension.

**I request an extension of time to file a:**

☒ Brief (*you **must** also complete the Declaration on page 3*)
☐ Motion to proceed in forma pauperis
☐ Motion for a certificate of appealability
☐ Response/opposition to a pending motion
☐ Reply to a response/opposition to a pending motion
☐ Certified Administrative Record
☐ Response to court order dated _____
☐ Other (*you **must** describe the document*)

The requested new due date is: March 30, 2023

**I request the extension of time because (cannot be left blank):**
*(attach additional pages if necessary)*

I was recently assigned this appeal by my office. Appellant previously moved for and received two 60-day extensions of time. The Court accepted appellant's late-filed brief on Feb. 7, 2023, but did not extend the government's existing Feb. 13 deadline. I entered my appearance on Feb. 7. This appeal involves nearly five years of litigation and a 434-page electronic record. A 45-day extension of time is needed to fully review and understand the record and brief the issues.

**Signature** s/ Rajesh R. Srinivasan      **Date** February 8, 2023

(use "s/[typed name]" to sign electronically-filed documents)

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 14**                        1                        *New 12/01/2018*

**Recitals in criminal and immigration cases pursuant to Circuit Rule 27-8**
*Complete this section for criminal or immigration cases.*

Previous requests for extension of time to file the document, including any request for a Streamlined Extension of Time under Circuit Rule 31-2.2(a) (*select one*):

- ⦿ I have **NOT** filed a previous request to extend time to file the document.
- ○ I have previously requested an extension of time to file the document.

    This motion is my  first  request.
    *(Examples: first, second)*

Bail/detention status (*select one*):

- ⦿ The defendant is incarcerated. The projected release date is: N/A (life) .
- ○ The petitioner is detained.
- ○ The defendant/petitioner in this criminal/immigration case is at liberty.

**Signature** s/ Rajesh R. Srinivasan    **Date** February 8, 2023

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 14**  2  *New 12/01/2018*

**Declaration in support of extension to file brief under Circuit Rule 31-2.2(b)**
*Complete this section if you are requesting an extension of time to file a brief.*

1. I request an extension of time to file the [answering] brief.
   *(Examples: opening, answering, reply, first cross-appeal)*

2. The brief's current due date is: [February 13, 2023]

3. The brief's first due date was: [February 13, 2023]

4. A more detailed explanation of why the extension of time to file the brief is necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.)*

   See attached

5. The position of the other party/parties regarding this request is:

   ☒ Unopposed.

   ☐ Opposed by *(name of party/parties opposing this motion):*

   ☐ Unknown. I am unable to verify the position of the other party/parties because:

6. ☒ The court reporter is not in default with regard to any designated transcripts.

   If the court reporter is in default, please explain:

7. ☒ I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature** [s/ Rajesh R. Srinivasan]   **Date** [February 8, 2023]
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Declaration Addendum**

**4. A more detailed explanation of why the extension of time to file the brief is necessary:**

I was recently assigned this appeal by my office. Appellant previously moved for and received two 60-day extensions of time. The Court accepted appellant's late-filed brief on Feb. 7, 2023, but did not extend the government's existing Feb. 13 deadline. I entered my appearance on Feb. 7. This appeal involves nearly five years of litigation and a 434-page electronic record. A 45-day extension of time is needed to fully review and understand the record and brief the issues.