**FILED**

FEB 09 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> JOHN RICHARD BRINSON, Jr., AKA Boyanal, AKA Devinelover, AKA Iamking, AKA King, <br><br> Defendant - Appellant. | No. 22-50093 <br><br> D.C. No. 2:17-cr-00404-AB-2 <br> U.S. District Court for Central California, Los Angeles <br><br> **ORDER** |

Appellee's motion (Docket Entry No. 24) for an extension of time to file the answering brief is granted. The appellee's answering brief is due March 30, 2023; and the optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Linda K. King
Deputy Clerk
Ninth Circuit Rule 27-7