**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 22 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff - Appellee,<br><br> v.<br><br>JOHN RICHARD BRINSON, Jr., AKA Boyanal, AKA Devinelover, AKA Iamking, AKA King,<br><br>       Defendant - Appellant. | No. 22-50093<br><br>D.C. No. 2:17-cr-00404-AB-2<br>U.S. District Court for Central California, Los Angeles<br><br>**ORDER** |

Appellee's motion (Docket Entry No. 28) for an extension of time to file the answering brief is granted. The appellee's answering brief is due May 1, 2023; and the optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Linda K. King
Deputy Clerk
Ninth Circuit Rule 27-7