| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAY 4 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 22-50093 |
| Plaintiff-Appellee, | D.C. No. 2:17-cr-00404-AB-2<br>Central District of California,<br>Los Angeles |
| v. | |
| JOHN RICHARD BRINSON, Jr., AKA Boyanal, AKA Devinelover, AKA Iamking, AKA King, | ORDER |
| Defendant-Appellant. | |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Appellee's unopposed motion (Docket Entry Nos. 30 and 31) to file under seal the motion to seal, the answering brief, and the single-volume supplemental excerpts of record is granted. *See* 9th Cir. R. 27-13. The Clerk will file under seal the motion to seal (Docket Entry Nos. 30-1 and 31-1), the answering brief (Docket Entry No. 30-2), the single-volume supplemental excerpts of record (Docket Entry No. 31-2).

The existing briefing schedule remains in effect.