# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

February 13, 2024

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re: John Richard Brinson
         v. United States
         No. 23-6739
         (Your No. 22-50093)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on February 9, 2024 and placed on the docket February 13, 2024 as No. 23-6739.

Sincerely,

**Scott S. Harris**, Clerk

by

Emily Walker
Case Analyst